HANS TAUSCHER, Plaintiff, *v.* TITUS DE BOBULA, Defendant.

FOSTER & CUTLER, Appellants; MAURICE E. DOWNING, as Receiver, Respondent.

(Argued March 3, 1936; decided March 17, 1936.)

*A. S. Cutler*, in person, and *Norman Roth* for appellants. *Cornelius J. Smyth* for respondent.

Order affirmed, with costs, no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.